# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARY GODFREY,

        Plaintiff,

v.                                                  Case No.15-C-1011

CAROLYN COLVIN,

        Defendant.

## ORDER GRANTING FEES

The Defendant has not opposed the Plaintiff's request for fees under the Equal Access to Justice Act. Accordingly, the Defendant shall pay a fee award of $5,765.64. If counsel for the parties verify Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel. If Plaintiff owes a pre-existing debt subject to offset in an amount less than the EAJA award, the Social Security Administration will instruct the U.S. Department of Treasury that any check for the remainder after offset will be made payable to Plaintiff and mailed to the business address of Plaintiff's attorney.

**SO ORDERED** this 2nd day of June, 2016.

                                                             /s William C. Griesbach
                                                             William C. Griesbach, Chief Judge
                                                            United States District Court